# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:20-M -01561(1) |
| | § | |
| (1) Gerardo Alvarez-Corona | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 01, 2020** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Gerardo ALVAREZ-Corona, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 09/11/2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Gerardo ALVAREZ-Corona, was arrested by Border Patrol Agents, on September 01, 2020 for being an alien illegally present in the United States. Investigation and records of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Arispe, Adrian M
BPA

09/04/2020                                         at   DEL RIO, Texas
File Date                                                City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                            Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　Case Number: DR:20-M -01561(1)

(1) Gerardo Alvarez-Corona

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 09/11/2013 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____　　　　　　　　_____
Signature of Judicial Officer　　　　　　　　Signature of Complainant